| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| STEVEN JONES, et al., | No. 2:18-cv-01598 WBS AC |
| Plaintiffs, | |
| v. | ORDER |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

The court is in receipt of defendant's motion to compel (ECF No. 12), which is accompanied by several attachments, and defendant's notice of request to seal documents pursuant to Local Rule. 141. ECF No. 15. Defendant asks the court to seal certain pages in the publicly-filed attachments to ECF No. 12, because they contain the name of a minor. ECF No. 15 at 1-2.

Defendant has violated Local Rule 140 and Rule 5.2, Fed. R. Civ. P., which require that a minor's name be redacted or that initials be used instead of full name. Local Rule 141, which provides a process for requests to seal, does not contemplate requests to seal documents that have already been publicly-filed by a party. Moreover, the court does not have the technical capacity to seal individual pages of PDF documents, as defendant requests.

////

The only way to cure defendant's error is to place all previously-filed exhibits to ECF No. 12 under seal. However, because there is no legal basis for withholding these documents from public view, defendants will be ordered to file redacted versions of all exhibits. Redaction or use of initials, not partial sealing, is the prescribed method or protecting the minor's privacy while filing documents to which public access is otherwise appropriate.

Accordingly, it is hereby ORDERED that:

1. The Clerk of Court is directed to seal all attachments to ECF No. 12 in their entirety;
2. Defendant is ordered to file appropriately redacted versions of the exhibits to ECF No. 12 no later than 4:00 PM on March 15, 2019; and
3. Defendant's notice of request to seal documents (ECF No. 15) is DISREGARDED as moot.

IT IS SO ORDERED.

DATED: March 11, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE