SHARON C. COLLIER (State Bar No. 203450)
scc@severson.com
JORDAN M. MEEKS (State Bar No. 311937)
jmm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| STEVEN JONES, et al., | Case No. 2:18-cv-01598-WBS-AC |
| Plaintiff, | **STIPULATION TO MODIFY THE DISCOVERY SCHEDULE** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, et al., | [Solano County Superior Court Case No. FCS050208 - Filed January 19, 2018] |
| Defendants. | |

The parties to this action, by and through their respective attorneys of record, respectfully submit the following Stipulation to Modify the Discovery Schedule.

WHEREAS, Plaintiffs initiated this lawsuit on January 19, 2018;

WHEREAS, on June 1, 2018 Costco Wholesale Corporation ("Costco") removed this matter to the Eastern District of California;

WHEREAS, on January 7, 2019 the Court issued a Status (Pretrial Scheduling) Order, which provided the following deadlines:

1. Initial Disclosures: February 1, 2019;

2. Expert Disclosures: May 1, 2019;

3. Rebuttal Expert Disclosures: June 3, 2019;

| | |
|---|---|
| 1 | 4. All other discovery: July 1, 2019; |
| 2 | WHEREAS, on February 1, 2019, Costco provided Plaintiffs with their Initial Disclosures; |
| 3 | WHEREAS, Plaintiffs did not provide Costco with their Initial Disclosures until February 25, 2019; |
| 5 | WHEREAS, the parties dispute whether Plaintiffs fully complied with their Initial Disclosure obligations pursuant to Federal Rules of Civil Procedure Rule 26(a); |
| 7 | WHEREAS, Costco filed a Motion to Compel Plaintiff's Initial Disclosures on March 1, 2019 with a hearing date set for April 24, 2019; |
| 9 | WHEREAS, based on the parties' dispute regarding Plaintiffs' Initial Disclosures, the parties expect that additional time will be needed to conduct the necessary fact and expert witness discovery, and that the additional time would benefit all parties in preparing for trial; |
| 12 | WHEREAS, the parties hereto agree that modifying the discovery schedule is necessary and is in the interests of justice; |
| 14 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel of record as follows: |
| 16 | 1. The parties hereto hereby stipulate to continue the expert disclosure deadline to August 1, 2019; |
| 18 | 2. The parties hereto hereby stipulate to continue the rebuttal expert disclosure deadline to September 1, 2019; |
| 20 | 3. The parties hereto hereby stipulate to continue the discovery deadline to October 1, 2019; |
| 22 | 4. All other pretrial deadlines and dates shall remain in effect. |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

IT IS SO STIPULATED.

DATED:                          LAW OFFICES OF MARK BASIL PAPPAS, ESQ.


                                By: _____
                                        MARK BASIL PAPPAS, ESQ.

                                Attorneys for Plaintiffs STEVEN JONES, MARINELA
                                MERTIRI, AND STEVEN JONES AS GUARDIAN
                                AD LITEM FOR M.J., A MINOR

DATED:                          SEVERSON & WERSON
                                A Professional Corporation


                                By: _____
                                           Sharon C. Collier

                                Attorneys for Defendant COSTCO WHOLESALE
                                CORPORATION


## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATE: March 19, 2019            _____
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE