UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JONES et al., | No. 2:18-cv-01598 WBS AC |
| Plaintiffs, | |
| v. | ORDER |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

This matter is before the court on defendant's motion to compel adequate initial disclosures and responses to certain interrogatories. ECF No. 12. A hearing was held before the undersigned on April 24, 2019. ECF No. 25. Based on the hearing and a review of all papers filed, the court GRANTS defendant's motion.

The court agrees with defendant that plaintiffs' initial disclosures gave virtually none of the substantive information required by Federal Rule of Civil Procedure 26(a)(1)(A). Further, plaintiffs' responses and supplemental responses to interrogatory numbers 1 and 3–6 merely state legal conclusions, without providing notice of the facts or evidence plaintiffs possess to support their claims. Plaintiffs are therefore ORDERED to provide defendant within 7 days of this order with: (1) a single document containing their full and complete initial disclosures, in compliance with Rule 26(a)(1)(A); and (2) supplemental responses to interrogatory numbers 1 and 3–6,

1

providing whatever facts and evidence they possess at this time in support of their claims.

The court also finds it proper to award attorney's fees as sanctions in this matter, pursuant to Rule 37(a)(5)(A), (c)(1)(A) and Local Rule 251(d). Defendant's motion to compel is meritorious; plaintiffs' counsel unjustifiably failed to provide complete disclosures or adequate responses; and he failed to cooperate in drafting a Joint Statement regarding this discovery dispute. Defendant's counsel avers that 12 attorney hours were spent preparing this motion to compel, and that its associate billing rate is $195/hour. ECF Nos. 12 at 8, 19 at 5. The court finds these hours and rates reasonable and awards $2,340 in recoverable attorney's fees.

As discussed at the hearing, in bringing any future discovery disputes before the court, the parties must strictly comply with Local Rule 251, providing the court with a single filing containing their Joint Statement with supporting documents attached.

For the reasons explained above, it is HEREBY ORDERED that:

   a. Defendant's motion to compel discovery (ECF No. 12) is GRANTED;
   b. Within 7 days of this order, plaintiffs shall provide defendant with:
      i. a single document containing their full and complete initial disclosures, in compliance with Rule 26(a)(1)(A); and
      ii. supplemental responses to interrogatory numbers 1 and 3–6, providing whatever facts and evidence they possess at this time in support of their claims; and
   c. Within 7 days of this order, plaintiffs shall pay defendant $2,340 in attorney's fees.

IT IS SO ORDERED.

DATED: April 24, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE