MARK BASIL PAPPAS, SBN113840
LAW OFFICES OF MARK BASIL PAPPAS
1080 WEST "K" STREET
BENICIA, CA. 94510
Telephone: 707-745-8206
Facsimile:   707-745-9495
mbpappaslaw@comcast.net
Attorney for Plaintiffs:
**STEVEN JONES, et al**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEVEN JONES, et al,** | CASE NUMBER: 2:18-cv-01598-WBS-AC |
| Plaintiff(s), | **PLAINTIFF JONES' NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES** |
| v. | |
| **COSTCO WHOLESALE CORPORATION, et al,** | [ PROPOSED ORDER ] |
| Defendant(s). | |

Upon consideration of Plaintiff's Notice of Settlement in Principle and Motion to Vacate all deadlines and the entire record herein, it is ORDERED that Plaintiff's Notice of Settlement in Principle and Motion to Vacate all deadlines be and hereby GRANTED; IT IS FURTHER ORDERED that a stipulated dismissal shall be filed **no later than July 29, 2019**, or a joint status report by that date if settlement has not been finalized.

1

A Status Conference is set in this action on **August 5, 2019 at 01:30 PM in Courtroom 5**, and shall be automatically vacated upon the filing of the stipulated dismissal.   All other remaining dates and deadlines in the above-referenced case are hereby VACATED.

SO ORDERED.

Dated:  July 9, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE